**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

MICHAEL LEVANT JOHNSON,      :   No. 148 MAP 2014

        : 

        Appellant      :   Appeal from the Order of the

        :   Commonwealth Court at No. 470 MD 2014

        :   dated 10/27/14 and exited on 10/28/14

        v.      : 

        : 

        : 

CHERYL KINNEY AND CHESTER
COUNTY CLERK OF COURTS,      : 

        : 

        Appellees      : 

**ORDER**

**PER CURIAM:**                                  **DECIDED: June 15, 2015**

      **AND NOW**, this 15th day of June, 2015, the Order of the Commonwealth Court is

**AFFIRMED**.